ROBERT THOMPSON *v.* RONNIE ROACH ET AL.

The petition by the defendant second injury fund for certification for appeal from the Appellate Court, 52 Conn. App. 819 (AC 18006), is denied.

*Michael J. Belzer*, assistant attorney general, in support of the petition.

*Michael J. McAuliffe*, in opposition.

Decided June 2, 1999

WETHERSFORD CONDOMINIUM ASSOCIATION,
INC. *v.* JOHN B. DERAY

*John B. DeRay*, pro se, in support of the petition.

*Thomas P. Byrne*, in opposition.

The defendant's petition for certification for appeal from the Appellate Court, 52 Conn. App. 708 (AC 16578), is denied.